12606. WILLIAMSON & CO. *v.* GAINESVILLE & NORTHWESTERN
RAILROAD CO.

LUKE, J. This action was for alleged damage to certain cotton in ship-
ment. The evidence authorized a verdict for the defendant.

The criticisms urged as to several excerpts from the charge of the court
are without merit, when the charge is read in its entirety. In charging
upon the burden of proof, the court did not aptly charge the rule with
respect to burden of proof, but immediately and in connection there-
with the rule was fully explained with respect to the presumption
arising in favor of the plaintiff.

The verdict has the approval of the trial judge, and for no reason assigned
was it error to overrule the motion for a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MARCH 9, 1922.

Action for damages; from city court of Hall county — Judge
Sloan. May 28, 1921.

*C. N. Davie, Ed. Quillian, F. A. Hooper & Son,* for plaintiffs.

*Dean & Wright, W. A. Charters,* for defendant.

---

12834. CATER, adm'r, *v.* AYERS *et al.*

LUKE, J. This suit was for certain money and the value of a bank
certificate of deposit which the plaintiff alleged the defendants con-
verted to their own use. Under the evidence introduced by the plain-
tiff the court did not err in granting a nonsuit as to Mrs. Ayers, one
of the defendants. Under all of the evidence adduced upon the trial, the
verdict against the remaining defendant for $80 principal and $14.76
interest was authorized.

The alleged newly discovered evidence is impeaching and cumulative, and
would not likely produce a different result upon another trial.

No ground of the motion for a new trial approved by the trial judge
shows reversible error.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MARCH 9, 1922.

Complaint; from Carroll superior court — Judge Roop. June
30, 1921.

*S. Holderness,* for plaintiff in error. *Boykin & Boykin,* contra.